UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-69 (PGS) |
| v. | : | Hon. Peter G. Sheridan |
| RAIJAH A. SCOTT,<br>a/k/a "Puffy" | : | <u>UNSEALING ORDER</u> |
| | : | |

This matter having come before the Court on the application of the United States of America (Shirley U. Emehelu, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed, given that the Defendant is in State custody and a federal detainer has now been lodged against him; and for good cause shown,

IT IS ON this 8 day of February, 2011,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

*[signature]*
HON. PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE