UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :    Hon. Peter G. Sheridan
                                Crim. No. 11-69 (PGS)
     v.                   :
                               CONTINUANCE ORDER
RAIJAH A. SCOTT           :
  a/k/a "Puffy"
                          :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Shirley U. Emehelu, Assistant U.S. Attorney), and defendant Raijah A. Scott (by Andrea Bergman, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

   1. Defense counsel requires adequate time to review the discovery provided by the United States;

   2. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be

permitted a reasonable amount of additional time for effective preparation in this matter;

    3. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

    4. Defendant has consented to the aforementioned continuance; and

    5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 28 day of March, 2011,

IT IS ORDERED that defense motions shall be filed by June 6, 2011, the government's reply shall by filed by June 20, 2011, a motions hearing will be held on a date to be determined by the Court, and the trial is scheduled for July 11, 2011; and

IT IS FURTHER ORDERED that the period from the date of this order through and including July 11, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

                                                HON. PETER G. SHERIDAN
                                                United States District Judge

Form and entry
consented to:

*[signature: Shirley Emehelu]*

SHIRLEY U. EMEHELU
Assistant U.S. Attorney

*[signature: Andrea Bergman]*

ANDREA BERGMAN
Assistant Federal Public Defender
Counsel for defendant Raijah A. Scott